**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert Louis KING, Defendant–
Appellant.**

**No. 11–12805
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 23, 2012.

Ramona C. Albin, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

William R. Myers, The Myers Firm, LLC, Birmingham, AL, Robert Louis King, FCI Estill, Estill, SC, for Defendant–Appellant.

Before CARNES, WILSON and HILL, Circuit Judges.

PER CURIAM:

Jason Tompkins, appointed counsel for Robert Louis King, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

King's conviction and sentence are **AFFIRMED.**